**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Tyrone Ignatius GREENFIELD,
Defendant—Appellant.**

**No. 04–7494.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 3, 2005.

Tyrone Ignatius Greenfield, Appellant pro se.

Kenneth E. Melson, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Ignatius Greenfield seeks to appeal the district court's order denying relief on his Fed.R.Civ.P. 60(b) motion for reconsideration of his conviction, which was construed as an untimely 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000); *see Reid v. Angelone*, 369 F.3d 363 (4th Cir.2004). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of his constitutional claims is debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Greenfield has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral